# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard Stoss,<br>    Plaintiff<br><br>v.<br><br>Penn Credit Corporation,<br>    Defendant | Docket 3:10-cv-00542-JMM<br><br>(JUDGE JAMES M. MUNLEY)<br><br><br><br>FILED ELECTRONICALLY |

## **NOTICE OF VOLUNTARY DISMISSAL**

Please dismiss this action with prejudice and without cost to either party.

                                                  s/ Kenneth W. Pennington
                                                  Kenneth W. Pennington
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Attorney for Plaintiff
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: kpecf@bankruptcypa.com
Bar Number: PA 68353